

SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: March 1, 2022

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                     CHAPTER 13:

WILLIE MAE GARNER                                     20-00359-JAW
105 PINE STREET
FLORA, MS 39071

## ORDER DISMISSING CASE

**THIS MATTER** came before the court previously and an order was entered (**Docket # 25**) requiring the debtor to not become more than sixty days delinquent. The debtor is currently more than sixty days delinquent in plan payments to the Trustee. Thus, having considered the matter, the court finds the case should be dismissed.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the bankruptcy petition filed by **WILLIE MAE GARNER** is hereby dismissed. Further, the debtor shall be barred from filing under Chapter 13 for a period of one hundred and eighty days (180) from the entry of the Order of Dismissal.

##END OF ORDER##

SUBMITTED BY:

_____
**JAMES L. HENLEY, JR., MSB #9909**
**STANDING CHAPTER 13 TRUSTEE**
**P. O. BOX 31980**
**JACKSON, MS  39286-1980**
**OFC: (601) 981-9100**
**FAX: (601) 981-9888**
**jlhenley@jlhenleych13.net**